IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GIRVANY LACROIX,

    Petitioner,

v.                                 CASE NO. 4:15cv140-RH/CJK

LORETTA LYNCH et al.,

    Respondents.

_____/

## WRIT OF HABEAS CORPUS

    This petition for a writ of habeas corpus is before the court on the magistrate judge's report and recommendation, ECF No. 19, and the objections, ECF No. 20. I have reviewed *de novo* the issues raised by the objections.

    The report and recommendation correctly concludes that the petitioner's continued detention without a showing of necessity is unconstitutional. This order grants a writ of habeas corpus requiring the respondents to release the petitioner unless, after a hearing, it is determined that no condition or combination of conditions will reasonably assure (a) the petitioner's appearance at removal proceedings or for removal purposes as required, and (b) the safety of any other

person and the community.  This order expresses no opinion on the burden of proof on these issues.

For these reasons,

IT IS ORDERED:

1. The report and recommendation is accepted in part.

2. A writ of habeas corpus is issued.  The respondents must release the petitioner by April 22, 2016, unless it has been determined, after a hearing, that no condition or combination of conditions will reasonably assure (a) the petitioner's appearance at removal proceedings or for removal purposes as required, and (b) the safety of any other person and the community.

3. The clerk must enter judgment and close the file.  Jurisdiction is retained to enforce the writ of habeas corpus.

SO ORDERED on March 21, 2016.

s/Robert L. Hinkle<br>United States District Judge